IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 96-20373

_____


SERVICES DOWELL SCHLUMBERGER SA,

                                    Plaintiff-Appellant,

                        versus

DUFERCO INTERNATIONAL TRADING LTD, ET AL
                                    Defendants

DUFERCO INTERNATIONAL TRADING LTD;
DUFERCO ENERGY GROUP INC.,

                                    Defendants-Appellees.



_____

Appeal from the United States District Court
For the Southern District of Texas
(CA-H-94-2409)
_____

January 10, 1997

Before HIGGINBOTHAM, SMITH, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

     We are persuaded that the district court had subject matter jurisdiction and did not err in ordering arbitration or in confirming the arbitral award.  Both SDS and Duferco signed the terms of reference without reservation regarding the jurisdiction

_____

     [*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

of the arbitral tribunal or the applicability of the ICC arbitration rules.

AFFIRMED.